# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOSE CAPELES, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:17-cv-00635-RDP |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | } |
| Defendant. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 17), filed September 26, 2017, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this September 26, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

.